No. 550, Misc. CUEVAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States. Reported below: —— F. 2d ——.

No. 744, Misc. VITORATOS, ALIAS VICTOR, *v.* OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. John S. Ballard* for respondent.

No. 868, Misc. CATHCART *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. 

No. 882, Misc. WHITE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. Reported below: —— F. 2d ——.

No. 889, Misc. SLATER *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. 

No. 903, Misc. KREMER *v.* CLARKE, TRUSTEE, ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Oldham Clarke pro se,* and *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for the United States, respondents. 

No. 906, Misc. STRAUSBAUGH *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 961, Misc. AIKEN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.